UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., Plaintiffs, v. EXPERT TREE SERVICE, Defendant. | No. 2:25-cv-0921-DAD-CKD (PS) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND (Doc. Nos. 2, 3) |

Plaintiff initiated this civil action by filing a complaint on March 24, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On May 2, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because its allegations were largely unintelligible, failed to state any cognizable claim, and failed to show the subject matter jurisdiction of this federal court. (Doc. No. 3.)[1] In addition, in light of the nature of the pleading deficiencies, the magistrate judge

[1] The magistrate judge also concluded that plaintiff had failed to demonstrate that he was unable to pay the required filing fee to proceed with this case and recommended that his application to proceed in forma pauperis be denied. (Doc. No. 3 at 1–2.)

concluded that the granting of leave to amend would be futile. (*Id.* at 4.) Accordingly, the magistrate judge recommended that this action be dismissed for failure to state a cognizable claim without leave to amend. (*Id.* at 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) Plaintiff has not filed any objections to those findings and recommendations, or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued May 2, 2025 (Doc. No. 3), are adopted in full.
2. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is DENIED.
3. Plaintiff's complaint is dismissed without leave to amend for failure to state a cognizable claim; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE